## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   WILLIAM R TYLER JR

§
§          Case No.: 11-24405
§
§
§
§

Debtor(s)
§

─────────────────────────────────────────────────────────────────

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

    1)    The case was filed on 06/09/2011.

    2)    This case was confirmed on 10/06/2011.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/12/2011.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2012.

    5)    The case was dismissed on 06/14/2012.

    6)    Number of months from filing to the last payment:  6

    7)    Number of months case was pending:  16

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $     18,501.00

    10)    Amount of unsecured claims discharged without payment $        .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
·==========================================================================·
| Receipts:                                                                |
|       Total paid by or on behalf of the debtor        $      2,148.00    |
|       Less amount refunded to debtor                  $           .00    |
| NET RECEIPTS                                          $      2,148.00    |
·==========================================================================·


·==========================================================================·
| Expenses of Administration:                                              |
|                                                                          |
|       Attorney's Fees Paid through the Plan           $      2,034.16    |
|       Court Costs                                     $           .00    |
|       Trustee  Expenses and Compensation              $        113.84    |
|       Other                                           $           .00    |
|                                                                          |
| TOTAL EXPENSES OF ADMINISTRATION                      $      2,148.00    |
|                                                                          |
| Attorney fees paid and disclosed by debtor            $        500.00    |
·==========================================================================·
```

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST NATIONAL BANK | UNSECURED | 3,041.00 | 942.66 | 942.66 | .00 | .00 |
| BANK OF AMERICA | SECURED | 185,000.00 | .00 | .00 | .00 | .00 |
| URBAN PARTNERSHIP BA | SECURED | 65,000.00 | 765,901.72 | .00 | .00 | .00 |
| URBAN PARTNERSHIP BA | SECURED | 10,500.00 | 12,358.10 | .00 | .00 | .00 |
| URBAN PARTNERSHIP BA | UNSECURED | 5,500.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | 11,411.00 | 11,411.30 | 11,411.30 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T OF ILLINOIS | UNSECURED | 480.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 847.00 | 847.60 | 847.60 | .00 | .00 |
| CACH LLC | UNSECURED | 4,109.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 13,082.00 | 13,204.46 | 13,204.46 | .00 | .00 |
| CHECK N GO | UNSECURED | 700.00 | 900.00 | 900.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | .00 | 1,172.80 | 1,172.80 | .00 | .00 |
| CITY OF MILWAUKEE | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| FIRST BANK CARD | UNSECURED | 942.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 12,936.00 | 12,406.04 | 12,406.04 | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 382.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | OTHER | .00 | NA | NA | .00 | .00 |
| J&M FENCING | UNSECURED | 1,127.00 | 2,237.85 | 2,237.85 | .00 | .00 |
| MERCY HOSPITAL MEDIC | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 11,411.00 | NA | NA | .00 | .00 |
| NEW MILLENNIUM BANK | UNSECURED | 5,080.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NEW MILLENNIUM BANK | UNSECURED | 4,820.00 | NA | NA | .00 | .00 |
| OMNIUM WORLDWIDE INC | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 239.00 | 239.43 | 239.43 | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| PLATINUM RECOVERY SO | UNSECURED | 942.00 | NA | NA | .00 | .00 |
| SHOREBANK | UNSECURED | 1,163.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| USAA INSURANCE | UNSECURED | 5,885.00 | NA | NA | .00 | .00 |
| TANIA WILLIAMS | UNSECURED | .00 | NA | NA | .00 | .00 |
| LARISSA M TYLER | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 45.00 | 45.18 | 45.18 | .00 | .00 |
| BANK OF AMERICA NA | OTHER | NA | NA | NA | .00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | NA | 75.00 | 75.00 | .00 | .00 |
| TEXAS GUARANTEED STU | UNSECURED | 15,389.00 | 23,510.37 | 23,510.37 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 4,385.95 | 4,385.95 | .00 | .00 |
| EMELIO CHAVEZ | OTHER | .00 | NA | NA | .00 | .00 |
| STEPHANIE MANUEL | OTHER | .00 | NA | NA | .00 | .00 |
| TANIA WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 5,488.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 5,488.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 10,783.00 | .00 | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2,502.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 13,082.00 | NA | NA | .00 | .00 |
| NEW MILLENNIUM BANK | UNSECURED | 438.00 | NA | NA | .00 | .00 |
| TEXAS GURANTEED STUD | UNSECURED | 10,191.00 | NA | NA | .00 | .00 |
| THE STUDENT LOAN COR | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | SECURED | NA | 100.00 | 100.00 | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 100.00 | .00 | .00 |
| **TOTAL SECURED:** | 100.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 71,378.64 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $  2,148.00 |
| Disbursements to Creditors | $   .00 |
| **TOTAL DISBURSEMENTS:** | $  2,148.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/27/2012          /s/ Tom  Vaughn
Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**